UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM CHRISTIAN,              )
                                (
        Petitioner,              )    Civil Action No. 07 0957
                                (
v.                               )    Honorable Judge,
                                (     Colleen Kollar - Kotelly
ALBERTO GONZALES,                )
                                (
        Respondent.              )

## NOTICE OF APPEAL

Notice is given that Petitioner, William Christian, Appeals to the D.C. Court Of appeals from May 23, 2007, **Order**, Honorable Colleen Kollar - Kotelly, Ordered, that Petitioner's Motion For **Writ Of Habeas Corpus** is **Denied**. Petitioner is Appealing from the final judgment entered in this action. **Ordered** that the application to proceed in Forma Pauperis is **Granted**.

Respectfully submitted,

*William Christian*
MR. WILLIAM CHRISTIAN, PRO SE
#35427-118   3A-217
USP ALLENWOOD, PA
P. O. BOX 3000
WHITE DEER, PA 17887-3000

DATED: JUNE 25, 2007