# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5240**  **September Term, 2006**

07cv00957

**Filed On:**

William Christian,
　　　Appellant

v.

United States of America,
　　　Appellee

FILED
JUL 16 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  JUL 12 2007
CLERK

**O R D E R**

　　Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

　　**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

　　**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

　　The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk