# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

COPY

---

**No. 07-5240**　　　　　　　　　　　　　**September Term, 2006**

07cv00957

**Filed On:**

William Christian,
　　　Appellant

v.

United States of America,
　　　Appellee

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JUL 1 2 2007

              CLERK
```

**O R D E R**

　　Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

　　**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

　　**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

　　The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY: _/s/ Elizabeth V. Scott_
　　　　　　　　　　　　　　　　　　　Elizabeth V. Scott
　　　　　　　　　　　　　　　　　　　Deputy Clerk